# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NIVAGEN, INC.,<br><br>　　　　Plaintiff<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, INC.,<br>　　　　Defendants. | Case No.:<br><br>Case No.: 2:24-cv-36-RWS-RSP<br>(pending in the United States District Court for the Eastern District of Texas, Marshall Division) |

### DEFENDANT SUN PHARMACEUTICAL INDUSTRIES, INC.'S MOTION TO COMPEL THIRD-PARTY FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENAED DISCOVERY FROM NOBELPHARMA AMERICA, LLC

Sun Pharmaceutical Industries, Inc. ("Sun") respectfully moves to compel the production of documents from Nobelpharma America, LLC ("Nobelpharma America"), pursuant to a subpoena issued under Federal Rule of Civil Procedure 45. Nobelpharma America has failed to respond to the properly served nonparty subpoena seeking documents directly relevant to ongoing patent litigation in the United States District Court for the Eastern District of Texas, Marshall Division. These documents are directly relevant to Sun's invalidity defenses, particularly to establish that the asserted patent is anticipated or obvious in light of the prior art. The information in Nobelpharma America's possession is expected to be dispositive of the Texas Action.

Sun respectfully requests the Court (1) compel Nobelpharma America to produce the requested documents, which are highly relevant, proportional to the needs of the case, and within its possession, custody, or control, and (2) find that Nobelpharma America has waived any objections to the Subpoena by failing to respond or object in a timely manner.

A memorandum in support of this Motion and a proposed order are attached.

        Respectfully submitted,

        **GALLAGHER EVELIUS & JONES LLP**

        _____
        Mark S. Saudek (Fed. Bar # 23963)
        218 North Charles Street, Suite 400
        Baltimore, Maryland 21201
        (410) 727-7702
        msaudek@gejlaw.com

        *Attorneys for Defendant*
        *Sun Pharmaceutical Industries, Inc.*

Date: February 4, 2025